[No. 11737-5-III.   Division Three.   December 1, 1992.]

GERALD ROBINSON, *Appellant*, v. DAVID E. KALLEVIG,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 91-2-00742-9, Michael W. Leavitt, J., entered June 27, 1991. *Reversed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.

[No. 31069-1-I.   Division One.   December 3, 1992.]

*In the Matter of the Personal Restraint of*
MICHAEL BILSON, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 11304-3-III.   Division Three.   December 3, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. HERIBERTO
DEL REAL MONTOYA, *Appellant.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 90-1-00111-1, James R. Thomas, J., entered December 11, 1990. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Thompson, J.